# EXHIBIT A

**From:** Paul Dutra <PDutra@ingenus.com>
**Sent:** Friday, March 10, 2023 4:33 PM
**To:** Amber Versosky <AVersosky@auburnpharm.com>
**Subject:** Re: Slander

Mrs Versosky,

I have just spoken with both Tom and Bill and confirmed that we have never met.  I have given them my sincere apologies, and I would like to apologize to you here, as well as live if you would be comfortable speaking with me.

PD

> On Mar 10, 2023, at 4:00 PM, Amber Versosky <AVersosky@auburnpharm.com> wrote:
>
> I'm not comfortable speaking with you.
>
> I'm sure my husband has tried calling you. I've been spending my afternoon explaining to him how this is completely false. If you're going to tell me you didn't say these things, multiple people have confirmed it.
>
> You can feel free to call him 313-580-0229.

**From:** Paul Dutra <PDutra@ingenus.com>
**Sent:** Friday, March 10, 2023 3:52 PM
**To:** Amber Versosky <AVersosky@auburnpharm.com>
**Cc:** Andrew Gellman <agellman@ingenus.com>
**Subject:** Re: Slander

Good afternoon Mrs. Versosky,

I am so sorry to receive this email, and would like the opportunity to speak with you regarding this email.  Please let me know if you are comfortable speaking with me and a time that we could connect on the phone.

PD

On Mar 10, 2023, at 3:46 PM, Amber Versosky <AVersosky@auburnpharm.com> wrote:

Mr. Dutra,

I'm going to get to the point:

It was relayed back to me today that you have made comments in front of multiple pharmaceutical professionals at ECRM that you have had some sort of sexual relation with me in the past. This is false. For the record, I don't recall meeting you at all. You made this statement in front of my brother-in-law, Bill Versosky at 2ndSource, which my husband, Tom (Laurus Labs) brought to me. I'm not sure what you're trying to gain with this lie and locker room banter, but it's disgusting.

As a professional in this industry, and one of the few females that has made it up the ladder (not by sexual favors), to say I'm disgusted would be a severe understatement. This is slanderous to my reputation in our very small industry and I have worked hard to gain the respect of my peers. I don't even know who you are.  If you don't retract what you've said and if you continue to slander me in any way, I will file legal action accordingly.

**Amber Versosky**

**President**

www.auburngenerics.com