UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER VERSOSKY,

       Plaintiff,                          Case No. 23-11061

v.

                                                 HON. MARK A. GOLDSMITH

PAUL DUTRA,

       Defendant.

_____/

## **ORDER FINDING JURISDICTIONAL ALLEGATIONS SUFFICIENT**

This Court ordered Plaintiff Amber Versosky to file an amended complaint curing deficiencies in her allegations relating to her assertion of subject-matter jurisdiction (Dkt. 3). Versosky has done so (Dkt. 5). The Court finds that Versosky has adequately alleged subject-matter jurisdiction.

       SO ORDERED.

Dated: May 17, 2023                                      s/Mark A. Goldsmith
     Detroit, Michigan                               MARK A. GOLDSMITH
                                                           United States District Judge